1  SHARON L. DOUGLASS MAYO (State Bar No. 150469)
   sharon_douglass_mayo@aporter.com
2  VIKRAM SOHAL (State Bar No. 240251)
   vikram_sohal@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
5  Facsimile:  (213) 243-4199

JS-6

O

NOTE: CHANGES MADE BY THE COURT

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MONSTER ISLAND MUSIC, CHRYSALIS MUSIC GROUP, INC. D/B/A CHRYSALIS MUSIC, WB MUSIC CORP., WEBO GIRL PUBLISHING, INC., EMI WATERFORD MUSIC, INC. AND EMI APRIL MUSIC INC., | ) ) ) ) ) ) ) ) | Case No.  EDCV 08-00064 VAP (JCRx)<br><br>JUDGMENT |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GLMR PROPERTIES, LLC, AND CARL LEVINE, | ) ) ) | |
| Defendants. | ) ) | |

Defendants GLMR Properties, LLC and Carl Levine ("Defendants") having failed to answer or otherwise respond to the Complaint in this action and their Defaults having been duly entered by the Clerk,

NOW, upon the Motion of the Plaintiffs and Good Cause appearing therefor, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs shall have, and the Clerk is hereby ordered to enter, the following JUDGMENT against Defendants:

1. Damages in the sum of $3,000.00 for each count of copyright infringement, for a total of $12,000.00;

2. An injunction restraining Defendants and their respective agents, servants, employees, attorneys, and those persons or entities in active participation and concert with them, from publicly performing, or causing or permitting to be publicly performed, in their business establishment known as The Barracks Bar, located at 67-625 E. Palm Canyon Dr., Bldg. 2, C-7, in Cathedral City, in the state of California, or in any other place owned, controlled or operated by Defendants, any copyrighted musical composition owned by Plaintiffs and any copyrighted musical composition in the repertory of Plaintiffs' performing rights licensing organization, the American Society of Composers, Authors and Publishers ("ASCAP"), without first obtaining proper authorization to do so;

3. Attorney's fees in the amount of $1,320.00;

4. Costs of this action; and

5. Interest as permitted by 28 U.S.C. section 1961.

Dated:_July 07, 2008_____        _____*Virginia A. Phillips*_____
                                                  UNITED STATES DISTRICT JUDGE