O

*cc: U.S. MARSHAL'S SERVICE*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ISLAND MUSIC, CHRYSALIS MUSIC GROUP, INC. D/B/A CHRYSALIS MUSIC, WB MUSIC CORP., WEBO GIRL PUBLISHING, INC., EMI WATERFORD MUSIC, INC. AND EMI APRIL MUSIC INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GLMR PROPERTIES, LLC, AND CARL LEVINE,<br><br>    Defendants. | Case No. EDCV 08-0064-VAP (OP)<br><br>**ORDER DIRECTING SEIZURE OF PROPERTY**<br><br>**[Motion filed on February 23, 2012]** |

On February 23, 2012, Plaintiffs and Judgment Creditors Monster Island Music, Chrysalis Music Group, Inc. D/B/A Chrysalis Music, WB Music Corp., Webo Girl Publishing, Inc., EMI Waterford Music, Inc., and EMI April Music, Inc. filed an Ex Parte Application for an Order Directing Seizure of Property, i.e., money in the amount of $15,307.11 being held at the place of business for public entertainment, accommodation, amusement, and

refreshment known as The Barracks Bar, 67-625 East Palm Canyon Drive, Bldg. 2, C-7, Cathedral City, CA 92234-5462, to satisfy the judgment and post-judgment interest described in the Writ of Execution issued by this Court against Defendants and Judgment Debtors.  For good cause shown, the Court GRANTS the Application.

The Court hereby ORDERS the United States Marshals Service for the Central District of California, represented by its deputies (hereafter "U.S. Marshals"), to enter and seize custody of the aforementioned property, i.e., $15,307.11 being held at The Barracks Bar.  The U.S. Marshals shall announce their identities, the purpose of their presence, and the authority upon which they are present.

If the property is not delivered voluntarily, the U.S. Marshals accomplishing the seizure shall employ the minimum amount of force necessary to open and enter The Barracks Bar, without regard to whether the premises are locked or unlocked, and to inspect the contents of any room, closets, cabinets, vehicles, containers or desks. If the U.S. Marshals believe reasonably that entry into The Barracks Bar and seizure of the property will involve substantial risk of death or serious bodily harm to any person, the U.S. Marshals shall refrain from entering and shall make a return to the Court promptly setting forth

the reasons for believing the risk exists.  Anyone interfering with the execution of this order is subject to arrest.

   Chris Pisano, an employee of the American Society of Composers Authors and Publishers ("ASCAP"),[1] Plaintiffs' and Judgment Creditors' performing rights licensing organization, shall accompany the U.S. Marshals at the seizure.  The ASCAP employee shall identify, inventory and take possession and control of whatever is seized. The ASCAP employee will act as substitute custodian of any and all items seized pursuant to this Order.

   The U.S. Marshals shall be held harmless for carrying out the acts specified in this Order.

Dated:  February 29, 2012       _____
                                       VIRGINIA A. PHILLIPS
                                     United States District Judge

---

[1] ASCAP's address is 2 Music Square West, 2nd Floor, Nashville, TN 37203.

3